PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised
Release Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 AUG 26 PM 12: 55

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.  Docket # 8:09CR38-1

TERRY GENE HILT

On December 4, 2007, Mr. Hilt was sentenced in the Southern District of Texas to 15 months custody, to be followed by 36 months supervised release. The period of supervised release commenced July 26, 2008. On March 2, 2009, jurisdiction of Mr. Hilt's case was transferred to the District of Nebraska. Mr. Hilt has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Mr. Hilt be discharged from supervision.

Respectfully submitted,

*Kala Hayden*
Kala Hayden
U.S. Probation Officer Assistant

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __26th__ day of __August__, 2010.

The Honorable Laurie Smith Camp
United States District Judge